Thomas G. McBride et al., Appellees, v. Nat F. Grusin et al., Appellants.

Gen. No. 43,983.

329

opinion filed February 4, 1948; released for publication February 20, 1948. Irvin F. Richman, Harry G. Fins and Howard C. Goldman, for appellants; Evart O. Ostberg, for appellees. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**